UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                              CHAPTER 11

PELICAN REAL ESTATE, LLC                            CASE NO.:  6:16-bk-03817-RAC
_____

PELICAN PORTFOLIOS, LLC                             CASE NO.:  6:16-bk-03820-RAC
_____

PELICAN MANAGEMENT COMPANY, LLC                     CASE NO.: 6:16-bk-03822-RAC
_____

SMART MONEY SECURED INCOME                          CASE NO.: 6:16-bk-03823-RAC
FUND, LLC
_____

SMART MONEY SECURED INCOME FUND                     CASE NO.: 6:16-bk-03825-RAC
MANAGER, LLC
_____

TURNKEY INVESTMENT FUND, LLC                        CASE NO.: 6:16-bk-03827-RAC
_____

TURNKEY INVESTMENT FUND                             CASE NO.: 6:16-bk-03828-RAC
MANAGER, LLC
_____

ACCELERATED ASSET GROUP, LLC                        CASE NO.: 6:16-bk-03829-RAC
_____

SMFG, INC.                                          CASE NO.: 6:16-bk-03830-RAC
_____

        Debtors.
_____/

### _AMENDED_ CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(b), the debtors-in-possession, Pelican Real Estate, LLC ("Pelican Real Estate"), Pelican Portfolios, LLC ("Pelican Portfolios"), Pelican Management Company, LLC ("Pelican Management"), Smart Money Secured Income Fund, LLC ("SMSIF"), Smart Money Secured Income Fund Manager, LLC ("SMSIF Manager"), Turnkey Investment Fund, LLC ("Turnkey"), Turnkey Investment Fund Manager, LLC ("Turnkey Manager"), Accelerated Asset Group, LLC ("AAG"), and SMFG, Inc. d/b/a Smart Money Financial Group ("SMFG") (collectively, the "Debtors"), file this Amended Chapter 11 Case Management Summary.

On June 8, 2016, each of the Debtors filed petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). Due to the interrelated nature of the Debtors' respective businesses, and because the Debtors are seeking joint administration of their respective bankruptcy cases, this Case Management Summary will provide a summary of each of the Debtors' businesses.

No trustee has been appointed. The Debtors continue to operate their businesses and manage their properties as debtors-in-possession under §§ 1107 and 1108 of the Bankruptcy Code.

## I.    Description of the Debtors' Businesses

The Debtors own and operate three (3) investment funds: Smart Money Secured Income Fund ("Secured Income Fund"), Turnkey Investment Fund ("Turnkey Fund"), and Accelerated Asset Group Fund ("Accelerated Fund") (collectively, the "Funds"). Secured Income Fund primarily invests in internet websites, energy-related assets and real estate related assets, such as residential rental properties and distressed debt secured by real property mortgages. Turnkey

Fund generally invests in energy-related assets, such as oil and gas projects. Accelerated Fund primarily invests in distressed debt.

A general description of each of the Debtors and their respective functions are listed below:

a. *Pelican Real Estate LLC* was formed as a Florida limited liability company on June 5, 2014 for the purpose of holding rental properties that were held by Secured Income Fund but were underperforming. Pelican Real Estate continues to hold these properties.

b. *Pelican Portfolios, LLC* was formed as a Florida limited liability company on June 5, 2014 for the purpose of holding promissory notes that were held by Secured Income Fund but were underperforming. Pelican Portfolios continues to hold these assets.

c. *Pelican Management Company, LLC* was formed as a Florida limited liability company on June 5, 2014 to provide management, supervisory and accounting services to Pelican Real Estate and Pelican Portfolios.

d. *Smart Money Secured Income Fund, LLC* was formed as a Nevada limited liability company on March 7, 2012. SMSIF is in the business of operating the Secured Income Fund.

e. *Smart Money Secured Income Fund Manager, LLC* was formed as a Nevada limited liability company on March 7, 2012. SMSIF Manager serves as the manager of SMSIF and AAG.

f. *Turnkey Investment Fund, LLC* was formed as a Nevada limited liability company on June 15, 2013. Turnkey is in the business of operating the Turnkey Fund.

g. *Turnkey Investment Fund Manager, LLC* was formed as a Nevada limited liability company on June 15, 2013 to provide management, supervisory and accounting services to Turnkey Fund.

h. *Accelerated Asset Group, LLC* was formed as a Washington limited liability company on February 22, 2011. AAG is in the business of operating the Accelerated Fund.

i. *SMFG, Inc.* was formed as a Nevada corporation in December 2011, and generally does business as Smart Money Financial Group. SMFG serves as the manager of SMSIF Manager, Turnkey Manager, and Pelican Management.

## II.    Locations of the Debtors' Operations and whether Leased or Owned

The Debtors operate out of a leased office space located at 9633 Market Place, Suite #201, Lake Stevens, Washington 98258.

## III.    Reasons for filing Chapter 11

In early 2014, the Secured Income Fund and the Turnkey Fund partnered with an individual named Lin C. Shieh, a/k/a Tom Shieh ("Tom Shieh") in an effort to expand their investments and client bases, among other things.  Mr. Shieh's role was to manage and grow website revenue.

Ultimately, however, the partnership with Mr. Shieh was unsuccessful and the parties decided to terminate the partnership.  On June 10, 2015, Shieh, the Secured Income Fund, the Turnkey Fund, and various other parties executed a Closure Agreement (the "Closure Agreement") officially terminating the partnership.  Under the Closure Agreement, Mr. Shieh agreed to terminate his continued involvement in the Secured Income Fund and the Turnkey Fund, and also agreed not encourage any investor to leave the Secured Income Fund or the Turnkey Fund (the "Non-Solicitation Provision").  In exchange, the Debtors agreed to acquire Shieh's interests in the Secured Income Fund and the Turnkey Fund for the amount of $425,000, and the Secured Income Fund transferred its interest in assets relating to a company named Crimcheck Holdings, LLC to Mr. Shieh and/or an entity controlled by Mr. Shieh for his benefit (the "Asset Transfer").

Prior to the partnership with Mr. Shieh, the Debtors had operated successfully for multiple years.  The Funds historically had a very low investor turnover rate.  Investors in the Funds generally committed their assets to the Funds for a minimum time period, during which the investor could not request a return of their investment, referred to as a "redemption request."

609007616.1

And most investors continued to invest with the Funds well beyond that initial commitment period. For example, for 2013 and 2014, the Funds had a combined total of twenty-one (21) redemption requests from investors, all of which were promptly fulfilled.

However, following execution of the Closure Agreement and the Asset Transfer to Mr. Shieh, redemption requests increased significantly. From 2015 to March 2016, the Funds had a combined total of sixty-two (62) redemption requests. Of the approximately thirty (30) investors Mr. Shieh brought to Secured Income Fund, approximately twenty-seven (27), or ninety percent (90%), initiated redemption requests in 2015 or 2016. Based on the volume of redemption requests received from Mr. Shieh's business contacts, and the fact that many of them have retained the same legal counsel, the Debtors suspect that Mr. Shieh breached the Non-Solicitation Provision by encouraging investors to request redemptions. The Debtors filed these cases prior to the one-year anniversary of the Closure Agreement (June 10, 2016) in order to preserve any and all rights to challenge the Asset Transfer as a preferential transfer or otherwise.

Historically, the Debtors paid redemption requests from operating cash flow. However, the spike in redemption requests caused a liquidity crisis for the Debtors, who did not have the operating cash flow to fulfill all requests. The Debtors have repaid some of the investors requesting redemptions, but are unable to fulfill all such requests.

Other factors also contributed to the Debtors' current financial condition. For example, the precipitous drop in oil prices beginning in 2014 damaged the Debtors' businesses. Both the Secured Income Fund and the Turnkey Fund invested in energy-related assets, including oil and gas projects throughout the United States, and those projects have been negatively affected by the low oil price environment. Additionally, SMSIF invested in certain real estate investments which have generally underperformed expectations. For example, SMSIF purchased two pools

609007616.1

of distressed real estate assets, such as non-performing mortgages, and, to date, SMSIF has been unable to realize the returns and profits it expected.

Accordingly, the Debtors filed these Chapter 11 cases in order to stay litigation over the redemption requests, evaluate various options with respect to the redemptions requests, and pursue reorganization, liquidation or a combination of both in order to maximize the value of the Debtors for all parties in interest.

**IV.    Ownership Interests in Debtors and the Debtors' Officers.**

The ownership and management of each of the Debtors are listed below.

    a.    *Pelican Real Estate LLC* is owned by SMSIF and managed by Pelican Management.

    b.    *Pelican Portfolios, LLC* is owned by SMSIF and managed by Pelican Management.

    c.    *Pelican Management Company, LLC* is owned by SMSIF and managed by SMFG.

    d.    *Smart Money Secured Income Fund, LLC* is owned by Ron Fossum, Sharon Fossum, and Jared Crapson, and managed by SMSIF Manager.

    e.    *Smart Money Secured Income Fund Manager, LLC* is owned and managed by SMFG.

    f.    *Turnkey Investment Fund, LLC* is owned by SMSIF and managed by Turnkey Manager.

    g.    *Turnkey Investment Fund Manager, LLC* is owned by SMSIF and managed by SMFG.

    h.    *Accelerated Asset Group, LLC* is owned by Ron Fossum, Sharon Fossum, and Jared Crapson, and managed by SMSIF Manager.

    i.    *SMFG, Inc.* is owned by Ron Fossum, Sharon Fossum, and Jared Crapson. Mr. Fossum serves as SMFG's Treasurer. Ms. Fossum serves as SMFG's secretary. Mr. Crapson serves as SMFG's president.

## V.    The Debtors' Gross Annual Revenues

The Debtors' approximate gross annual revenues for 2015 and year-to-date 2016 are listed below.

      a.      *Pelican Real Estate LLC.* Pelican Real Estate's 2015 gross revenue was approximately $20,000, and year-to-date 2016 gross revenue is approximately $60,000.

      b.      *Pelican Portfolios, LLC.* Pelican Portfolios has no 2015 or 2016 gross revenue.

      c.      *Pelican Management Company, LLC.* Pelican Management has no 2015 or 2016 gross revenue.

      d.      *Smart Money Secured Income Fund, LLC.* SMSIF's 2015 gross revenue was approximately $863,000, and its year-to-date 2016 gross revenue is approximately $655,000.

      e.      *Smart Money Secured Income Fund Manager, LLC.* Secured Income Fund Manager has no 2015 or 2016 gross revenue.

      f.      *Turnkey Investment Fund, LLC..* Turnkey's 2015 gross revenue was approximately $28,000, and it has no 2016 gross revenue.

      g.      *Turnkey Investment Fund Manager, LLC.* TurnkeyManager has no 2015 or 2016 gross revenue.

      h.      *Accelerated Asset Group, LLC.* AAG's 2015 gross revenue was approximately $198,000, and its year-to-date 2016 gross revenue is approximately $55,000.

      i.      *SMFG, Inc.* SMFG's 2015 gross revenue was approximately $46,000, and its year-to-date 2016 gross revenue is approximately $8,000.

## VI.    Amounts owed to Various Creditors

As of the Petition Date, the Debtors primary secured creditors are the mortgage holders for the real properties owned by Secured Income Fund, which are estimated in the approximate amount of $4-5 million.

The Debtors are not aware of any priority tax liabilities that are currently due and owing.

609007616.1

The Debtors' primary unsecured debts relate to two of the Funds – Secured Income Fund and Accelerated Fund.    As of the Petition Date, Secured Income Fund owes investors approximately $21 million of principal and interest, of which approximately $5-6 million is to website joint venture partners.    As of the Petition Date, Accelerated Fund owes investors approximately $3.5 million of principal and interest.

**VII.    General Description and approximate value of the Debtor's Current and Fixed Assets.**

The Debtors do not have current appraisals or valuations of many of their assets.    The Debtors provide the following good-faith estimates of the value of their assets in accordance with the Court's requirements for the Case Management Summary.    The Debtors estimate that Secured Income Fund's assets are worth approximately $20-30 million.    The Debtors estimate that Turnkey Fund's assets are worth approximately $500,000-$1,000,000.    The Debtors estimate that AAG's assets are worth approximately $3-5 million.    The Debtors estimate that SMFG's assets are worth approximately $25,000.    The remaining Debtors have few assets, if any.

**VIII.    Number of employees and gross amounts of wages owed as of petition date.**

As of the Petition Date, there were five (5) individuals involved in the Debtors' operations.    The Debtors had three (3) employees (the "Employees"): Jared Crapson (CFO of SMFG); Debbie Reis (administrative assistant); and Ron Fossum Sr. (property manager/maintenance).    For the current pay period beginning on June 1, 2016 and ending on June 16, 2016, the payment for which the Debtors would typically make on June 22, 2016, the Debtors will owe the Employees approximately $6,500.

Jared Crapson may be considered an insider as he serves as president of SMFG, and a part-owner of SMFG, AAG and SMSIF. Mr. Crapson receives a monthly salary of approximately $8,000.    In 2015, Mr. Crapson received a total salary of $98,000 plus minimal

benefits. Debbie Reis may be considered an insider as she is a sibling of Sharon Fossum, who is a part-owner of SMFG, AAG and SMSIF. Ms. Reis is paid $15 per hour, and in 2015 received a total salary of $29,600 plus minimal benefits. Ron Fossum Sr. may be considered an insider as he is the father of Ron Fossum, a part owner of SMFG, AAG, and SMSIF. Mr. Fossum Sr. receives a monthly salary of approximately $2,000. In 2015, Mr. Fossum, Sr. received a total salary of $24,000 plus minimal benefits,

The two other individuals involved in the Debtors' operations are Ron Fossum and his spouse, Sharon Fossum. Mr. Fossum has historically been paid distributions from the Debtors. Recently, those distributions have averaged between $5,000 – 8,000 per month. In 2015, Mr. Fossum was paid the collective amount of approximately $83,000 after accounting for reimbursements for business expenses. Although Ms. Fossum previously worked full-time at First American Title Company and received an annual salary of approximately $75,000 including benefits, Ms. Fossum has worked for the Debtors full-time since 2006, and has not been paid a salary or regular distributions at any point during that time.

## IX.    Status of Debtor's Payroll and Sales Tax Obligations.

As of the Petition Date, the Debtors believe they are current on all payroll and sales tax obligations. The Debtors utilize an outsourced payroll vendor, ADP, to handle all payroll deductions.

## X.    Anticipated Emergency Relief to Be Requested within the First 14 days after the Petition Date.

The Debtors anticipate filing the following emergency motions:

      a.      Motion for Joint Administration.

      b.      Motion for Authority to Pay Prepetition Wages.

609007616.1

    c.    Motion to Authorize Debtor to Maintain Use of Pre-Petition Bank Accounts.

## XI.    The Debtor's Objectives.

The Debtors filed these Chapter 11 cases in order to stay litigation over the redemption requests, evaluate various options with respect to the redemptions requests, and pursue reorganization, liquidation or a combination of both in order to maximize the value of the Debtors for all parties in interest.

RESPECTFULLY SUBMITTED this 17th day of June 2016.

*/s/ Andrew Layden*
Elizabeth A. Green, Esquire
Florida Bar No.: 0600547
egreen@bakerlaw.com
Wendy C. Townsend, Esquire
Florida Bar No.: 517951
wtownsend@bakerlaw.com
Andrew V. Layden, Esquire
Florida Bar No.: 86070
alayden@bakerlaw.com
BAKER & HOSTETLER LLP
200 S. Orange Ave.
SunTrust Center, Suite 2300
P.O. Box 112 (32802-0112)
Orlando, Florida 32801-3432
Telephone: (407) 649-4000
Facsimile: (407) 841-0168
*Proposed Counsel for the Debtors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of ***AMENDED* CHAPTER 11 CASE MANAGEMENT SUMMARY**, together with all exhibits, has been filed with the Court using the CM/ECF System which will provide notice of such filing to all parties requesting such notice, and/or via U.S. First Class Postage Prepaid Mail to the following: Pelican Real Estate, LLC, 189 South Orange Ave., Suite 1650, Orlando, Florida 32801 (Debtor); the Secured Creditors of each of the above-captioned Debtors (attached hereto as **Exhibit "A"**); the 20 Largest Unsecured Creditors of each of the above-captioned Debtors (attached hereto as **Exhibit "B"**);

10

and the Office of the U.S. Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, Florida 32801, on this 17th day of June, 2016.

/s/Andrew V. Layden
Andrew V. Layden, Esquire

**EXHIBIT "A"**
**SECURED CREDITORS LIST**

Case Nos. 16-3817; 16-3820; 16-3822;
16-3823; 16-3825; 16-3827; 16-3828;
16-3829; 16-3830

Chris Duksin
11204 43rd St. Ct. E
Edgewood, WA 98372

Gary Sorenson
16403 Stilly Way
Arlington, VA 98223

Jason and Jeanne Unger
3241 County Club Dr
Shingle Springs, CA 95682

Laura Anderson
415 15th St
Snohomish, WA 98290

Nationstar
PO Box 650783
Dallas, TX 75265

Bret Clothier
PO Box 382566
Germantown, TN 38183

CIG Investments
PO Box 382566
Germantown, TN 38183

Hafsteinn Stefansson
PO Box 3186
Everett, WA 98213

Jason Workman
7812 Melrose Ln SE
Snoqualmie, WA 98065

Louise Vlasic
2635 Sunset Dr
Bellingham, WA 98225

Ocwen Loan
PO Box 660264
Dallas, TX 75266

Chris and Todd Diskin
11204 43rd St. Ct. E
Edgewood, WA 98372

Evan Pratt
17320 28th St SE
Snohomish, WA 98290

Jacob Fouts
5542 Glenmore Dr SE
Olympia, WA 98501

Josh Orth
110 18th Ave. E
Seattle, WA 98112

Mbank
17898 SW McEwan Rd
Tigard, OR 97224

Reggie Anderson
415 15th St
Snohomish, WA 98290

**EXHIBIT "B"**

Label Matrix for local noticing
113A-6
Case 6:16-bk-03817-RAC
Middle District of Florida
Orlando
Wed Jun 15 14:58:00 EDT 2016

Pelican Real Estate, LLC
189 South Orange Avenue
Suite 1650
Orlando, FL 32801-3260

FL Dept. of Revenue
Bankruptcy Section
PO Box 6668
Tallahassee, FL 32314-6668

Internal Revenue Service
850 Trafalgar Court
Suite 200
Maitland, FL 32751-4168

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

United States Trustee
c/o Jill E. Kelso, Trial Attorney
George C. Young Federal Bldg.
400 W. Washington St., Suite 1100
Orlando  FL 32801-2210

United States Trustee - ORL +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Elizabeth A Green +
Baker & Hostetler LLP
200 S Orange Ave
Suntrust Center, Suite 2300
Orlando, FL 32801-3432

Jill E Kelso +
United States Trustee
400 W. Washington Street
Suite 1100
Orlando, FL 32801-2440

Andrew V Layden +
Baker & Hostetler LLP
Suntrust Center - Suite 2300
200 S. Orange Avenue
Orlando, FL 32801-3432

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
--------------------------------------------
Note: Entries with a '-' at the end of the
name have filed a claim in this case

End of Label Matrix
Mailable recipients      9
Bypassed recipients      1
Total                   10

# EXHIBIT "B"

Label Matrix for local noticing
113A-6
Case 6:16-bk-03820-RAC
Middle District of Florida
Orlando
Wed Jun 15 14:58:46 EDT 2016

Pelican Portfolios, LLC
189 South Orange Avenue
Suite 1650
Orlando, FL 32801-3260

FL Dept. of Revenue
Bankruptcy Section
PO Box 6668
Tallahassee, FL 32314-6668

Internal Revenue Service
850 Trafalgar Court
Suite 200
Maitland, FL 32751-4168

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

United States Trustee - ORL +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Elizabeth A Green +
Baker & Hostetler LLP
200 S Orange Ave
Suntrust Center, Suite 2300
Orlando, FL 32801-3432

Jill E Kelso +
United States Trustee
400 W. Washington Street
Suite 1100
Orlando, FL 32801-2440


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
--------------------------------------------
Note: Entries with a '-' at the end of the
name have filed a claim in this case

End of Label Matrix
Mailable recipients    7
Bypassed recipients    1
Total                  8

# EXHIBIT "B"

Label Matrix for local noticing
113A-6
Case 6:16-bk-03822-RAC
Middle District of Florida
Orlando
Wed Jun 15 14:59:26 EDT 2016

Pelican Management Company, LLC
189 South Orange Avenue
Suite 1650
Orlando, FL 32801-3260

FL Dept. of Revenue
Bankruptcy Section
PO Box 6668
Tallahassee, FL 32314-6668

Internal Revenue Service
850 Trafalgar Court
Suite 200
Maitland, FL 32751-4168

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

United States Trustee - ORL +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Elizabeth A Green +
Baker & Hostetler LLP
200 S Orange Ave
Suntrust Center, Suite 2300
Orlando, FL 32801-3432

Jill E Kelso +
United States Trustee
400 W. Washington Street
Suite 1100
Orlando, FL 32801-2440

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
--------------------------------------------
Note: Entries with a '-' at the end of the
name have filed a claim in this case

End of Label Matrix
Mailable recipients       7
Bypassed recipients       1
Total                     8

**EXHIBIT "B"**

Label Matrix for local noticing
113A-6
Case 6:16-bk-03823-RAC
Middle District of Florida
Orlando
Wed Jun 15 14:59:53 EDT 2016

Smart Money Secured Income Fund, LLC
9633 Market Place
Suite 201
Lake Stevens, WA 98258-7944

Acts Innovations
3700 Quebec St
#100-200
Denver, CO 80207-1638

Art Rasmussen
515 NW Saltzman Rd
#874
Portland, OR 97229-6098

Carol Walton
14809 Falconhead Grove Loop
Austin, TX 78738-6796

Carranza Benito & Silva
3142 W Kings Ave
Phoenix, AZ 85053-3030

Danny Ashworth
6192 W Valley View Dr
Highlands Ranch, UT 84003-3650

Elizabeth Phillipson
13929 228 St NE
Arlington, WA 98223-8589

Gerald Skousen
13661 Hackamore Dr
Draper, UT 84020-8585

Hafsteinn Stefansson
PO Box 3186
Everett, WA 98213-1186

Jim Hayes
308 Military Rd E
Tacoma, WA 98445-1247

Kathy Khodi
11830 Upland Way
Cupertino, CA 95014-5106

Loren Bolinger
12401 10 Dr SE
Everett, WA 98208-6510

Maria Cornay
8627 Vintner Ct NE
Albuquerque, NM 87122-4220

Mervyn Rodricks
1405 SE 195 Ave
Camas, WA 98607-9580

NATIONSTAR
PO Box 650783
Dallas, TX 75265-0783

OCWEN LOAN
PO Box 660264
Dallas, TX 75266-0264

Reggie Anderson
415 15th St
Snohomish, WA 98290-1804

Stimmel-Emstimmel LLC
5228 156 St SE
Mill Creek, WA 98012-4726

Ultimate Vitality
181 Sharwood Drive
Naples, FL 34110-5721

Will and Pauline Fox
3400W Lake Sammamish SE
Bellevue, WA 98008-5841

United States Trustee - ORL +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Elizabeth A Green +
Baker & Hostetler LLP
200 S Orange Ave
Suntrust Center, Suite 2300
Orlando, FL 32801-3432

Jill E Kelso +
United States Trustee
400 W. Washington Street
Suite 1100
Orlando, FL 32801-2440

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Hogan-Denlou LLC
address unavailable at this time

(u)Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
----------------------------------------------
Note: Entries with a '-' at the end of the
name have filed a claim in this case

End of Label Matrix
Mailable recipients    23
Bypassed recipients     2
Total                  25

**EXHIBIT "B"**

Label Matrix for local noticing
113A-6
Case 6:16-bk-03825-RAC
Middle District of Florida
Orlando
Wed Jun 15 15:00:33 EDT 2016

Smart Money Secured Income Fund Manager, LLC
9633 Market Place
Suite 201
Lake Stevens, WA 98258-7944

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

Washington State Dept. of
Revenue - Executive Office
PO Box 47450
Olympia, WA 98504-7450

United States Trustee - ORL +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Elizabeth A Green +
Baker & Hostetler LLP
200 S Orange Ave
Suntrust Center, Suite 2300
Orlando, FL 32801-3432

Jill E Kelso +
United States Trustee
400 W. Washington Street
Suite 1100
Orlando, FL 32801-2440

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Note: Entries with a '+' at the end of the
name have an email address on file in CM/ECF
--------------------------------------------
Note: Entries with a '-' at the end of the
name have filed a claim in this case

End of Label Matrix
Mailable recipients    6
Bypassed recipients    1
Total                  7

**EXHIBIT "B"**

Label Matrix for local noticing
113A-6
Case 6:16-bk-03827-RAC
Middle District of Florida
Orlando
Wed Jun 15 15:01:02 EDT 2016

Turnkey Investment Fund, LLC
450 Hillside Drive
Building B
Suite 200
Mesquite, NV 89027-3120

Andrew Wong
588 Rollins Rd
Burlingame, CA 94010

Andy Liu
No 1, Changquig 2nd St
Yangmei City
Taoyuan County
Taiwan ROC 326

Dennis Teng
2961 Willow St
Denver, CO 80238

Dinesh Gauba
2801 Greyfox Ct
Pleasanton, CA 94566-6920

Eugene and Jennifer Tyler
3230 Emerald Lane SW
Olympia, WA 98512-7517

Jason Workman
7812 Melrose Ln SE
Snoqualmie, WA 98065-8953

Jason and Jeanne Unger
3242 Country Club Dr
Cameron Park, CA 95682

Jeffrey Smith
11029 69 St NE
Lake Stevens, WA 98258

Jeremy and Jenny Jensen
9911 Chapel Hill Rd
Lake Stevens, WA 98258

John Schwarzchild
3809 Manchaca Rd
Unit F
Austin, TX 78704-6727

Justin Hanson
NONE ON FILE

Kathleen Forrester
3697 Broadway
Box 208
North Bend, OR 97459-0017

Louise Vlasic
2636 Sunset Dr
Bellingham, WA 98225

Mike Horm
1309 117 St SE
Lake Stevens, WA 98258

Performance Assets Fund
4570 Avery Lane SE
#137
Lacey, WA 98503-5608

Pojen Lin
10824 Whisper Hollow Cove
Collierville, TN 38017-8505

Tung Jung Tsai
1F, no 123, Rache St
Songshan Dist.
Tapei City 105
Taiwan ROC

Wang Chung Ming
10F, No 27, Quanzing Rd
Taishan Dist.
New Taipei City
Taiwan ROC 243

William Lee
3404 Yosemite St
Denver, CO 80238

Yap Hoe
No 4, Lane 1194
Zhongzheng Rd, Zhonghe Dist.
New Taipei City
Taiwan 235

United States Trustee - ORL +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Elizabeth A Green +
Baker & Hostetler LLP
200 S Orange Ave
Suntrust Center, Suite 2300
Orlando, FL 32801-3432

Jill E Kelso +
United States Trustee
400 W. Washington Street
Suite 1100
Orlando, FL 32801-2440

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

**EXHIBIT "B"**

(u)Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
---------------------------------------------
Note: Entries with a '-' at the end of the
name have filed a claim in this case

End of Label Matrix
Mailable recipients    24
Bypassed recipients     1
Total                  25

## EXHIBIT "B"

Label Matrix for local noticing
113A-6
Case 6:16-bk-03828-RAC
Middle District of Florida
Orlando
Wed Jun 15 15:01:32 EDT 2016

Turnkey Investment Fund Manager, LLC
450 Hillside Drive
Building B
Suite 200
Mesquite, NV 89027-3120

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

Nevada Dept of Revenue
Grant Sawyer Office Bldg
555 E. Washington Avenue
Suite 1300
Las Vegas, NV 89101-1046

United States Trustee
Jill E Kelso
400 W. Washington St. Suite 1100
Orlando, FL 32801-2210

United States Trustee - ORL +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Elizabeth A Green +
Baker & Hostetler LLP
200 S Orange Ave
Suntrust Center, Suite 2300
Orlando, FL 32801-3432

Jill E Kelso +
United States Trustee
400 W. Washington Street
Suite 1100
Orlando, FL 32801-2440

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
--------------------------------------------
Note: Entries with a '-' at the end of the
name have filed a claim in this case

End of Label Matrix
Mailable recipients      7
Bypassed recipients      1
Total                    8

## EXHIBIT "B"

Label Matrix for local noticing
113A-6
Case 6:16-bk-03829-RAC
Middle District of Florida
Orlando
Wed Jun 15 15:02:01 EDT 2016

Accelerated Asset Group, LLC
PO Box 2477
Snohomish, WA 98291-2477

ANDERSON
GAA KAA Ventures LLC
5719A 123rd Ave SE
Snohomish, WA 98290-5539

Alan Orcutt
11709 47th Dr NE
Marysville, WA 98271-8505

Brian Fouts
PO Box 662
Fall City, WA 98024-0662

Dennis Hogan
Denlou, LLC
PO Box 616
Snohomish, WA 98291-0616

FOLKSON
SMBF Holdings, LLC
43 Rosemont Blvd
White Plains, NY 10607-1428

Gene Tyler
Gene Tyle Investments LLC
3230 Emerald Lane SW
Olympia, WA 98512-7517

HORM
McHorm Investments LLC
1308 117th Dr SE
Lake Stevens, WA 98258-8559

Jacob Fouts
5542 Glenmore Dr. SE
Olympia, WA 98501-4900

Jeanne Unger
27023 229th Pl SE
Maple Valley, WA 98038-7947

Jessica Allgier
JRA INTERESTS LLC
5719A 123rd Ave SE
Snohomish, WA 98290-5539

Jim Hayes
308 Military Rd E
Tacoma, WA 98445-1247

Justin Hanson
412 Avenida Victoria #3
San Clemente, CA 92672-5458

KATHRYN LEATY LLC
3702 206th Pl SW
Lynnwood, WA 98036-9363

Kevin Davenport
6439 Shady Lane Rd SE
Lacey, WA 98503-2922

Loren Bolinger
13300 Bothell Evt Hwy 6113
Mill Creek, WA 98012-5312

Lynette Smith
11028 69th St. NE
Lake Stevens, WA 98258-2047

STIMMEL - EMSTIMMEL LLC
5228 156th St SE
Mill Creek, WA 98012-4726

Smart Money Secured Income Fund, LLC
9633 Market Place
Lake Stevens, WA 98258-7944

Tom Duncan
4115 41st Loop SE
Olympia, WA 98501-6224

Washington State Dept. of
Revenue - Executive Office
PO Box 47450
Olympia, WA 98504-7450

United States Trustee - ORL +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Elizabeth A Green +
Baker & Hostetler LLP
200 S Orange Ave
Suntrust Center, Suite 2300
Orlando, FL 32801-3432

Jill E Kelso +
United States Trustee
400 W. Washington Street
Suite 1100
Orlando, FL 32801-2440

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

**EXHIBIT "B"**

(u)Note: Entries with a '+' at the end of the name have an email address on file in CMECF
------------------------------------------
Note: Entries with a '-' at the end of the name have filed a claim in this case

End of Label Matrix
Mailable recipients    24
Bypassed recipients     1
Total                  25

# EXHIBIT "B"

Label Matrix for local noticing
113A-6
Case 6:16-bk-03830-RAC
Middle District of Florida
Orlando
Wed Jun 15 15:02:24 EDT 2016

SMFG, Inc.
9633 Market Place
Suite 201
Lake Stevens, WA 98258-7944

Dell Business Credit
PO Box 6275
Carol Stream, IL 60197-6275

ISOutsource
19119 North Creek Pkwy
Suite 200
Bothell, WA 98011-8023

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

Moss Adams
2707 Colby Avenue
Suite 801
Everett, WA 98201-3565

NAP Management, Inc.
7525 SE 24th
Suite 315
Mercer Island, WA 98040-2300

Washington State Dept. of
Revenue - Executive Office
PO Box 47450
Olympia, WA 98504-7450

United States Trustee - ORL +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Elizabeth A Green +
Baker & Hostetler LLP
200 S Orange Ave
Suntrust Center, Suite 2300
Orlando, FL 32801-3432

Jill E Kelso +
United States Trustee
400 W. Washington Street
Suite 1100
Orlando, FL 32801-2440


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
--------------------------------------------
Note: Entries with a '-' at the end of the
name have filed a claim in this case

End of Label Matrix
Mailable recipients     10
Bypassed recipients      1
Total                   11