UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                    CHAPTER 11

TURNKEY INVESTMENT FUND,                  CASE NO.: 6:16-bk-03827
LLC
      Debtor.
_____ /

## NOTICE OF FILING AMENDMENT TO SCHEDULE G AND DECLARATION CONCERNING DEBTOR'S SCHEDULES

The Debtor, TURNKEY INVESTMENT FUND, LLC, by and through its undersigned counsel, gives notice of filing: Amendment to Schedule G (Exhibit A) and Declaration Concerning Debtor's Schedules (Exhibit B) to add the following executory contracts to Schedule G.

| Name | What Contract is for | Term Remaining |
|---|---|---|
| Performance Asset Fund, LLC | Subscription Agreement for Turnkey WBCT#3 JV, dated 10/16/14 | N/A |
| Performance Asset Fund, LLC | Subscription Agreement for Turnkey WBCT#3 JV, dated 11/18/14 | N/A |
| Performance Asset Fund, LLC | Subscription Agreement for Turnkey WBCT#3 JV, dated 11/25/14 | N/A |
| Performance Asset Fund, LLC | via assignment dated 10/23/14 from JDF Investments, LLC of Subscription Agreement with Turnkey WBCT#3 JV 8/20/14 | N/A |
| Tung Jung Tsai | Subscription Agreement with Turnkey WBCT#3 JV dated 9/29/14 | N/A |

Please also note that all references to "Subscription Agreement for WBCT#3 JV" have been revised to "Subscription Agreement for Turnkey WBCT#3 JV".

609581263.1

DATED: August 30, 2016

/s/ *Wendy C. Townsend*
Wendy C. Townsend
Florida Bar No.:0517951
wtownsend@bakerlaw.com
**BAKER & HOSTETLER LLP**
200 South Orange Ave.
SunTrust Center, Suite 2300
Orlando, Florida 32801-3432
Telephone: (407) 649-4000
*Attorney for Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 30, 2016, a copy of the foregoing **NOTICE OF FILING AMENDMENT TO SCHEDULE G AND DECLARATION CONCERNING DEBTOR'S SCHEDULES** has been filed with the Court and has been furnished using the Court's CM/ECF System to all parties requesting such notice and/or by U.S. First Class, postage prepaid mail to the following: Turnkey Investment Fund, LLC, 9633 Market Place, Suite 201, Lake Stevens, WA 98258 *(Debtor);* Performance Asset Fund, LLC, 4570 Avery Lane, #137, Lacey, WA 98503; Tung Jung Tsai, 1F, no 123, Rache St, Songshan Dist, Taipei City 105, Taiwan ROC; and the Office of the U.S. Trustee, 400 West Washington Street, Suite 1100, Orlando, Florida 32801.

I HEREBY ALSO CERTIFY that a copy of Amended Schedule G and the Notice of Commencement of Case was furnished to Performance Asset Fund, LLC, 4570 Avery Lane, #137, Lacey, WA 98503; Tung Jung Tsai, 1F, no 123, Rache St, Songshan Dist, Taipei City 105, Taiwan ROC via U.S. First Class Mail on August 30, 2016.

/s/ *Wendy C. Townsend*
Wendy C. Townsend, Esq.

# EXHIBIT A

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Turnkey Investment Fund, LLC** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | **16-03827** |

■ Check if this is an amended filing

Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases      State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement for Turnkey WBCT#3 JV | |
| | State the term remaining | N/A | Alchemy Global<br>c/o Mille Leung<br>601 6th Floor Wah Yen Bldg<br>145-149 Queens Road Central<br>Hong Kong |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement for Turnkey WBCT#3 JV | |
| | State the term remaining | N/A | Andrew Wong<br>857 Rollins Rd<br>Burlingame, CA 94010 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement for Turnkey WBCT#3 JV | |
| | State the term remaining | N/A | Andy Liu<br>No. 1, Changquig 2nd St<br>Yangmei City<br>Taoyuan County<br>Taiwan ROC |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement for Turnkey WBCT#3 JV | |
| | State the term remaining | N/A | Ben Coffman<br>17274 Russet Street<br>San Diego, CA 92127 |
| | List the contract number of any government contract | | |

| Debtor 1 | Turnkey Investment Fund, LLC | | Case number (if known) 16-03827 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

### Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement for Turnkey WBCT#3 JV | |
|---|---|---|---|
| | State the term remaining | N/A | Dennis Teng |
| | List the contract number of any government contract | | 2960 Willow St |
| | | | Denver, CO 80238 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement for Turnkey WBCT#3 JV | |
|---|---|---|---|
| | State the term remaining | N/A | Dinesh Gauba |
| | List the contract number of any government contract | | 2801 Greyfox Ct |
| | | | Pleasanton, CA 94566 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Energy Capital Wilcox JV Amended Subscription Agremement, dated 7/16/2015 | |
|---|---|---|---|
| | State the term remaining | N/A | Energy Capital Fund, LLC |
| | List the contract number of any government contract | | Energy Capital Wilcox JV |
| | | | 15632 Hwy 110 |
| | | | Suite 12 |
| | | | Whitehouse, TX 75791 |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement for Turnkey WBCT#3 JV | |
|---|---|---|---|
| | State the term remaining | N/A | Eugene and Jennifer Tyler |
| | List the contract number of any government contract | | 3230 Emerald Lane SW |
| | | | Olympia, WA 98512-7517 |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement for Turnkey WBCT#3 JV | |
|---|---|---|---|
| | State the term remaining | N/A | Giancarlo Lujan |
| | List the contract number of any government contract | | 22471 Silver Spur |
| | | | Lake Forest, CA 92630 |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement for Turnkey WBCT#3 JV | |
|---|---|---|---|
| | State the term remaining | N/A | Howie Sun |
| | | | 10480 E. Aberdeen Ave |
| | | | Englewood, CO 80111 |

| Debtor 1 | Turnkey Investment Fund, LLC | | Case number (if known) | 16-03827 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

List the contract number of any government contract

---

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement for Turnkey WBCT#3 JV | |
|---|---|---|---|
| | State the term remaining | N/A | Jason and Jeanne Unger |
| | List the contract number of any government contract | | 3241 Country Club Dr Cameron Park, CA 95682 |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement for Turnkey WBCT#3 JV | |
|---|---|---|---|
| | State the term remaining | N/A | Jason Workman |
| | List the contract number of any government contract | | 7812 Melrose Lane SE Snoqualmie, WA 98065 |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement for Turnkey WBCT#3 JV | |
|---|---|---|---|
| | State the term remaining | N/A | Jeanne Unger |
| | List the contract number of any government contract | | 3241 Country Club Dr Cameron Park, CA 95682 |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement for Turnkey WBCT#3 JV | |
|---|---|---|---|
| | State the term remaining | N/A | Jeffrey Smith |
| | List the contract number of any government contract | | 11028 69th St NE Lake Stevens, WA 98258 |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement for Turnkey WBCT#3 JV | |
|---|---|---|---|
| | State the term remaining | N/A | Jeremy and Jenny Jensen |
| | List the contract number of any government contract | | 7215 222nd Street NW Stanwood, WA 98292 |

| Debtor 1 | Turnkey Investment Fund, LLC | | Case number (if known) | 16-03827 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases** — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement for Turnkey WBCT#3 JV | |
|---|---|---|---|
| | State the term remaining | N/A | Jessica Allgier<br>5719A 123rd Ave SE<br>Snohomish, WA 98290 |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement for Turnkey WBCT#3 JV | |
|---|---|---|---|
| | State the term remaining | N/A | John Schwarzchild<br>3809 Manchaca Rd<br>Unit F<br>Austin, TX 78704 |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement for Turnkey WBCT#3 JV | |
|---|---|---|---|
| | State the term remaining | N/A | Justin Hanson<br>23 Collins Avenue<br>Randolph, MA 02368 |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement for Turnkey WBCT#3 JV | |
|---|---|---|---|
| | State the term remaining | N/A | Katie Forrester<br>3697 Broadway<br>Box 208<br>North Bend, OR 97459 |
| | List the contract number of any government contract | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement for Turnkey WBCT#3 JV | |
|---|---|---|---|
| | State the term remaining | N/A | Louise Vlasic<br>2635 Sunset Dr<br>Bellingham, WA 98225 |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement for Turnkey WBCT#3 JV | |
|---|---|---|---|
| | State the term remaining | N/A | Mike Horm<br>1308 117 St SE<br>Lake Stevens, WA 98258 |
| | List the contract number of any | | |

| Debtor 1 | Turnkey Investment Fund, LLC | | Case number (if known) 16-03827 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases** — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

government contract

---

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement for Turnkey WBCT#3 JV | |
|---|---|---|---|
| | State the term remaining | N/A | Mike Shieh |
| | List the contract number of any government contract | | 6493 Dutch Creek |
| | | | Highlands Ranch, CO 80130 |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement for Turnkey WBCT#3 JV | |
|---|---|---|---|
| | State the term remaining | N/A | Minh Bui |
| | List the contract number of any government contract | | 23761 E. Alabama Dr |
| | | | Aurora, CO 80018 |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement for Turnkey WBCT#3 JV | |
|---|---|---|---|
| | State the term remaining | N/A | PAF Fouts |
| | List the contract number of any government contract | | 4571 Avery Lane SE #137 |
| | | | Lacey, WA 98503 |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement for Turnkey WBCT#3 JV, dated 10/16/14 | |
|---|---|---|---|
| | State the term remaining | N/A | Performance Asset Fund, LLC |
| | List the contract number of any government contract | | 4570 Avery Lane #137 |
| | | | Lacey, WA 98503 |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement for Turnkey WBCT#3 JV, dated 11/18/14 | |
|---|---|---|---|
| | State the term remaining | N/A | Performance Asset Fund, LLC |
| | List the contract number of any government contract | | 4570 Avery Lane #137 |
| | | | Lacey, WA 98503 |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement for Turnkey WBCT#3 JV, dated 11/25/14 | Performance Asset Fund, LLC 4570 Avery Lane #137 Lacey, WA 98503 |
|---|---|---|---|

| Debtor 1 | Turnkey Investment Fund, LLC | | | Case number (if known) | 16-03827 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | via assignment dated 10/23/14 from JDF Investments, LLC of Subscription Agreement with Turnkey WBCT#3 JV 8/20/14 | |
|---|---|---|---|
| | State the term remaining | N/A | Performance Asset Fund, LLC<br>4570 Avery Lane<br>#137<br>Lacey, WA 98503 |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement for Turnkey WBCT#3 JV | |
|---|---|---|---|
| | State the term remaining | N/A | PJ Lin<br>10824 Whisper Hollow Cove<br>Collierville, TN 38017 |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement with Turnkey WBCT#3 JV dated 9/29/14 | |
|---|---|---|---|
| | State the term remaining | | Tung Jung Tsai<br>1F, No 123, Rache St<br>Songshan Dist<br>Taipei City 105<br>Taiwan ROC |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement for Turnkey WBCT#3 JV | |
|---|---|---|---|
| | State the term remaining | N/A | Wang Chung Ming<br>10F, No 27, Quanzing Rd<br>Taishan Dist.<br>New Taipei City<br>Taiwan ROC 243 |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement for Turnkey WBCT#3 JV | |
|---|---|---|---|
| | State the term remaining | N/A | William Lee<br>3404 Yosemite St<br>Denver, CO 80238 |
| | List the contract number of any government contract | | |

| Debtor 1 | Turnkey Investment Fund, LLC | | Case number (if known) | 16-03827 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

### Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases** — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

---

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement for Turnkey WBCT#3 JV | |
|---|---|---|---|
| | State the term remaining | N/A | Yap Hoe<br>No. 4, Lane 1194<br>Zhongzheng Rd, Zhonghe Dist<br>New Taipei City<br>Taiwan 235 |
| | List the contract number of any government contract | | |

# EXHIBIT B

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Turnkey Investment Fund, LLC |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | 16-03827 |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### ■ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
■ Amended Schedule    G
☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8/30/16        X _____
                             Signature of individual signing on behalf of debtor

Jared Crapson
Printed name

see "Attachment A" for full title
Position or relationship to debtor

TURNKEY INVESTMENT FUND, LLC

Attachment A:

Title: President of SMFG, Inc., Manager of Turnkey Investment Fund Manager, LLC, Manager of Debtor